**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00487-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM JAY SHEARER, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that the deadline to complete conditions currently set on June 14, 2023, be extended and continued to Thursday, August 24, 2023.

DATED this 20th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1